**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/12/21
```

```
-----------------------------------------x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
         -against-                       :           ORDER
                                         :
                                         :
                                         :
     Jesse Hernandez                     :         21-cr-686
                                         :        _____
                                         :         Docket #
-----------------------------------------x
```

 Mary Kay Vyskocil            ,  **DISTRICT JUDGE**:
        Judge's Name


The C.J.A. attorney assigned to receive cases on this day,

_____David B Anders_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.



                    **SO ORDERED**.


                    _____
                    **UNITED STATES DISTRICT JUDGE**




**Dated:  November 12, 2021**
 **New York, New York**