**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/21
```

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         **ORDER**
                                        :
Jesse Hernandez                         :
                                        :         21-cr-686(MKV)
                                        :         Docket #
                                        :
----------------------------------------x


__Mary Kay Vyskocil__, **DISTRICT JUDGE:**
       Judge's Name

The C.J.A. attorney assigned to this case

__David B Anders__ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Susan Walsh__, NUNC-PRO-TUNC _____.
                         Attorney's Name


                              **SO ORDERED.**

                              _/s/ Mary Kay Vyskocil_
                              **UNITED STATES DISTRICT JUDGE**


Dated: November 18, 2021
       **New York, New York**