USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/21

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,   1:21-cr-0686 (MKV)

        -against-   **ORDER**

JESSE HERNANDEZ

        Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED defendant is to appear for a hearing regarding his violation of supervised release on December 2, 2021 at 2:30pm

    The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, in courtroom 18C.

**SO ORDERED.**

**Date: November 18, 2021**

*/s/ Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge