UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY |
| | DOCUMENT |
| -against- | ELECTRONICALLY FILED |
| | DOC #:_____ |
| JESSE HERNANDEZ, | DATE FILED: 11/29/2021 |
| Defendant. | |

21-cr-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file submissions by November 30, 2021 at 12:00 p.m. informing the Court whether Mr. Hernandez waives a preliminary hearing, pursuant to Federal Rule of Criminal Procedure 32.1(b)(1), whether Mr. Hernandez waives an evidentiary hearing on the specifications against him, pursuant to Rule 32.1(b)(2), or whether there is any reason the Court cannot conduct both such hearings on December 2, 2021. The parties shall also advise the Court of any evidence, defenses, and witnesses they intend to present at an evidentiary hearing.

**SO ORDERED.**

Date: November 29, 2021
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**