UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/7/2022___
```

UNITED STATES OF AMERICA,

-against-

JESSE HERNANDEZ,

Defendant.

21-cr-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that on April 25, 2022 at 10:00 a.m., in Courtroom 18C of 500 Pearl Street, New York, NY 10007, the parties shall appear for an evidentiary hearing on specifications of violation of supervised release.

IT IS FURTHER ORDERED that, by February 14, 2022, the parties shall file a joint letter proposing a schedule for the filing of any contemplated evidentiary motions, as well as witness lists, exhibit lists, and 3500 material.

**SO ORDERED.**

**Date:  February 7, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**