U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/19/2022
```

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Jesse Hernandez*, 21 CR 686 (MKV)

Dear Judge Vyskocil:

The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies maintained by Probation, detailing Jesse Hernandez's supervision, be unsealed.

The Court has scheduled a VOSR hearing in this case for April 25, 2022. At that hearing, the Government intends to prove the Specifications set forth in the November 15, 2021 Violation Report concerning the defendant. The Government further anticipates that it may call a Probation Officer, among other witnesses, to testify at the hearing. Probation has indicated that they have information relevant to the Specifications and upcoming hearing contained within their chronologies. Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies in advance of the April 25 hearing.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Edward C. Robinson Jr.
     Edward C. Robinson Jr.
     Assistant United States Attorney
     (212) 637- 2273

Cc: Susan J. Walsh, Esq.

**Granted. SO ORDERED.**

Date: April 19, 2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge