UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 21-cr-686 (MKV) |
| JESSE HERNANDEZ, | SCHEDULING ORDER |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2022

MARY KAY VYSKOCIL, United States District Judge:

    To accommodate defense counsel, the proceeding that was scheduled to take place on May 10, 2022 will take place on May 16, 2022 at 10:30 a.m.

**SO ORDERED.**

Date: May 11, 2022
     New York, NY

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**