UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JESSE HERNANDEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2022

21-cr-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

　　IT IS HEREBY ORDERED that a supplemental letter from the Probation Office regarding Mr. Hernandez's sentencing on the specifications of violation of supervised release shall be filed by June 28, 2022. Defendant's sentencing submission is due July 7, 2022, and the government's submission is due July 13, 2022.

**SO ORDERED.**

Date: June 9, 2021
　　　New York, NY

MARY KAY VYSKOCIL
United States District Judge