```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JESSE HERNANDEZ,

Defendant.

21-cr-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  This Order shall serve as notice to Mr. Hernandez of his right to appeal the outcome of the hearing on his violations of supervised release, including the sentence the Court imposed, within fourteen days of entry of the Amended Judgment [ECF No. 46]. Defense counsel is instructed to promptly advise Mr. Hernandez of this Order and his right to appeal.

**SO ORDERED.**

Date: **July 20, 2022**
   **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**