```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JESSE HERNANDEZ,

                  Defendant.

21-cr-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that on **June 13, 2024 at 11:00 a.m.** the parties and Probation Officer shall appear for a conference in Courtroom 18C of 500 Pearl Street.

**SO ORDERED.**

Date: May 21, 2024
      New York, NY

*(signed)* **MARY KAY VYSKOCIL**
**United States District Judge**