```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JESSE HERNANDEZ,

Defendant.

21-cr-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 13, 2024, the Court held a conference in this matter. As the Court stated on the record at the conference, IT IS HEREBY ORDERED that the parties and Probation shall file a status report in 90 days.

**SO ORDERED.**

Date: **June 13, 2024**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**