```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            -against-

JESSE HERNANDEZ,

           Defendant.

21-cr-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties and Probation Officer shall appear before the Court on October 17, 2024 at 11:30 a.m.  The parties shall submit a joint status letter one week before the conference.

**SO ORDERED.**

**Date: September 17, 2024**
**New York, NY**

                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**