

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2025
```

January 6, 2025

**Via ECF and Email**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Jesse Hernandez*, 21 CR 686 (MKV)

Dear Judge Vyskocil:

The parties respectfully write pursuant to the Court's order of November 4, 2024, to provide an update regarding the status of supervisee Jesse Hernandez's criminal case in Bronx County Criminal Court. The supervisee, who is charged with attempted murder, among other charges, remains in state custody on Rikers Island where he has been since his arrest. On December 20, 2024, the state court denied the supervisee's motion to dismiss the indictment but granted a request for pretrial suppression hearings. His next state court date is January 28, 2025 (a status conference related to discovery and potential disposition).

The parties therefore respectfully request that this Court set a date of January 31, 2025 in this case to provide another status letter on the supervisee's pending state criminal matter and to adjourn the conference scheduled before this Court on January 13, 2025.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

by: __/s/_____
     Remy Grosbard
     Assistant United States Attorneys
     (212) 637-2446

cc: Susan J. Walsh, Esq.
    Patrick Fountain, Probation Officer

---

This request is GRANTED. The conference that was scheduled for January 13, 2025 is ADJOURNED. The parties shall submit a further status letter by January 31, 2025.

Date: Jan. 6, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge