

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 31, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025
```

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Jesse Hernandez*, 21 CR 686 (MKV)

Dear Judge Vyskocil:

The parties respectfully write pursuant to the Court's order of January 6, 2025, to provide an update regarding the status of supervisee Jesse Hernandez's criminal case in Bronx County Criminal Court. The supervisee, who is charged with attempted murder, among other charges, remains in state custody on Rikers Island where he has been since his arrest. Hernandez was scheduled to appear in state court on January 28, 2025 for a status conference regarding discovery, but that proceeding was adjourned so that the parties could file a Certificate of Compliance certifying compliance with their discovery obligations by March 3, 2025.

The parties therefore respectfully request that this Court set a date of March 14, 2025 in this case to provide another status letter on the supervisee's pending state criminal matter.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

by:   /s/_____
Remy Grosbard
Assistant United States Attorney
(212) 637-2446

GRANTED. The parties shall filed a joint status letter by March 14, 2025.

Date: Feb. 4, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc: Susan J. Walsh, Esq.
    Patrick Fountain, Probation Officer